IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00844-REB-BNB

WATERSAVER COMPANY, INC., and
BOBCAT OF THE ROCKIES,

Plaintiffs,

v.

HIGH PLAINS CONSTRUCTION AND EXCAVATING, INC.,
JOHN A. CORDSEN,
JOETTE CORDSEN,
THE UNITED STATES OF AMERICA,
GRAND JUNCTION CONCRETE PIPE COMPANY,
FIRST BANK AND TRUST COMPANY, d/b/a MOUNTAIN VIEW BANK,
JIM DIBLE OIL COMPANY, and
WAGNER EQUIPMENT CO., and/or
WAGNER RENTS, INC.,

Defendants.
_____

**ORDER**
_____

This matter arises on the **Plaintiff Watersaver's Combined Unopposed Motion for Leave of Court to Deem Amended Complaint Properly Filed and Unopposed Motion Pursuant to F.R.C.P. 5(c) to Dispense With Necessity of Filing Certain Responsive Pleadings** [Doc. # 36, filed 5/11/2011] (the "Combined Motion").

IT IS ORDERED:

1.	The Combined Motion [Doc. # 36] is GRANTED;

2.	The Amended Complaint of Plaintiff Watersaver [Doc. # 4]("Watersaver's Amended Complaint") is accepted for filing;

3.	The defendants may have to and including **May 27, 2011**, to answer or otherwise

respond to Watersaver's Amended Complaint; and

   4.  Each party's claim of priority in the property are deemed denied by all other parties.

  Dated May 13, 2011.

               BY THE COURT:

                 s/ Boyd N. Boland
               United States Magistrate Judge