**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 11-cv-00844-REB-BNB

WATERSAVER COMPANY, INC., and
BOBCAT OF THE ROCKIES,

    Plaintiffs,

v.

HIGH PLAINS CONSTRUCTION AND EXCAVATING, INC.,
JOHN A. CORDSEN,
JOETTE CORDSEN,
THE UNITED STATES OF AMERICA,
GRAND JUNCTION CONCRETE PIPE COMPANY,
FIRST BANK AND TRUST COMPANY d/b/a Mountain View Bank,
JIM DIBLE OIL COMPANY, and
WAGNER EQUIPMENT CO./WAGNER RENTS, INC.,

    Defendants.

**ORDER OF DISMISSAL AS TO DEFENDANT
THE UNITED STATES OF AMERICA, ONLY**

**Blackburn, J.**

The matter is before me on the **Joint Unopposed Motion to Dismiss All Claims By and Against The United States** [#71][1] filed August 24, 2011. After reviewing the motion and the file, I conclude that the motion should be granted and that all claims by and against The United States should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Joint Unopposed Motion to Dismiss All Claims By and Against The United States** [#71] filed August 24, 2011, is **GRANTED**;

---

[1] "[#71]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

     2.  That all claims by and against the defendant, The United States, are **DISMISSED** with the parties to pay their own attorney fees and costs; and

     3.  That defendant, The United States, is **DROPPED** as a named party to this action, and the case caption is **AMENDED** accordingly.

Dated August 24, 2011, at Denver, Colorado.

                                          **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge